Faye C. Rasch (SBN 253838)
frasch@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Plaintiff James H. Donell

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES H. DONELL, etc., <br><br> Plaintiff, <br><br> v. <br><br> GARY L. MACK and 650 GLOBAL, INC., <br><br> Defendants. | Case No. CV 03-2173 ER (SHx) <br><br> [PROPOSED] RENEWAL OF JUDGMENT BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320, and for good cause appearing, therefore:

The judgment to and against Defendants GARY L. MACK and 650 GLOBAL, INC. entered on April 30, 2004 (copy attached) is hereby renewed in the amounts set forth below:

Renewal of money judgment:

| | | | |
|---|---|---|---|
| | a. | Total judgment | $ 964,575.00 |
| | b. | Costs after judgment | 0.00 |
| | c. | Attorneys' fees | 0.00 |
| | d. | Subtotal | $ 964,575.00 |
| | e. | Credits after judgment | 0.00 |
| | f. | Subtotal | $ 964,575.00 |

13390.2:1997983.1

RENEWAL OF JUDGMENT

|   |                              |              |
|---|------------------------------|--------------|
| g. | Interest after judgment      | $ 843,873.03 |
| h. | Fee for filing renewal       | 0.00         |
| i. | **Total renewed judgment**   | **$1,808.448.03** |

DATED: 4/29/2014

J. Remigio
_____
CLERK

13390.2:1997983.1

2

RENEWAL OF JUDGMENT

FILED
CLERK, U.S DISTRICT COURT
APR 30 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, etc.,<br><br>Plaintiff,<br><br>v.<br><br>GARY L. MACK, et al.<br><br>Defendants | CV 03-2173 ER (SHx)<br><br>JUDGMENT OF DEFAULT BY CLERK<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

Plaintiff James H. Donell, Federal Court Receiver ("Plaintiff"), having served defendants Gary L. Mack ("Mack") and 650 Global, Inc. ("650 Global") with a copy of the summons and complaint in this action, Mack and 650 Global having failed to respond to the complaint, the Court having considered the Application for Default Judgment by the Court and the Declaration of Donald S. Urrabazo in support thereof, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Plaintiff is awarded Judgment against Mack and 650 Global in the amount of **$964,574.66** as follows:

    (a) Damages in the amount of $798,582.89;

///

ENTERED
CLERK, U.S. DISTRICT COURT
APR 30 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

(b) Prejudgment interest in the amount of $146,151.61 (10% per annum from November 26, 2001 to September 25, 2003;

(c) Attorneys fees: $19,571.66 ($5,600.00 plus 2% of judgment over $100,000 ($13,971.66) pursuant to Local Rule 55-4); and,

(e) Costs: $268.50 ($150.00 for filing complaint and $118.50 for service of process).

2. Plaintiff is also awarded post-judgment interest at the daily rate of $218.79 (10% per annum for each day after September 25, 2003).

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail, facsimile or e-mail copies of this Order on counsel for the parties in this matter.

CLERK OF THE COURT

DATED: April 30, 2004

Pamela Silence
Deputy Clerk